1 Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
2 20062 SW Birch Street
3 Newport Beach, CA 92660
Tel: 949.200.8755
4 Fax: 866.843.8308

5 *Attorneys for Plaintiff*

6 JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE RITTERMAL FAMILY LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP; a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01290-CJC-DFM<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 20, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

|  | Respectfully submitted, |
|---|---|
| DATED : September 1, 2020 | **MANNING LAW, APC** |
|  | By: /s/ *Joseph R. Manning, Jr.* |
|  | Joseph R. Manning, Jr.<br>Attorney for Plaintiff<br>James Rutherford |